**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>                               Plaintiff,<br><br>   v.<br><br>MANN ENTERPRISES, INC.,<br><br>                             Defendant. | Case No. 21-cv-01567-BAS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE (ECF No. 11)** |

      Pending before the Court is the parties' joint motion to dismiss the action with prejudice. (ECF No. 11.) Good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action **WITH PREJUDICE**. The parties are to bear their own costs and fees.

      **IT IS SO ORDERED.**

**DATED: January 6, 2022**

                                                     Hon. Cynthia Bashant<br>                                                     United States District Judge